**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6774**

---

STEVEN M. CHAPMAN,

>   Petitioner - Appellant,

>   v.

WARDEN, FCC Petersburg - Medium,

>   Respondent - Appellee.

---

**No. 23-7257**

---

STEVEN M. CHAPMAN,

>   Petitioner - Appellant,

>   v.

WARDEN, FCC Petersburg - Medium,

>   Respondent - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:22-cv-00780-JAG-MRC)

---

Submitted:  March 27, 2024                              Decided:  May 31, 2024

---

Before KING, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven M. Chapman, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven M. Chapman appeals the district court's orders dismissing his 28 U.S.C. § 2241 petition for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6) and denying his Fed. R. Civ. P. Rule 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Chapman v. Warden*, No. 3:22-cv-00780-JAG-MRC (E.D. Va. July 21, 2023 & Nov. 14, 2024). We also deny Chapman's motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*